IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-CV-167-D

| | | |
|---|---|---|
| DANIEL R. CARR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On March 23, 2018, plaintiff moved to dismiss the second cause of action of his amended complaint [D.E. 18]. See Fed. R. Civ. P. 41(a)(2). The cause of action is captioned "Tortious Interference With Contract." See [D.E. 13] ¶¶ 74–76. The motion [D.E. 18] is GRANTED, and the second cause of action is DISMISSED.

SO ORDERED. This 11 day of June 2018.

JAMES C. DEVER III
Chief United States District Judge